## APPENDIX A: Table of Dates

| Event | Parties' Proposed Date |
|---|---|
| Rule 26 Disclosures | 5 days from entry of scheduling order |
| Initial Identification of Accused Products by Dynapass | 9/14/23 |
| Core Technical Document Production by Jack Henry | 10/12/23 |
| Initial Infringement Contentions by Dynapass | 11/9/23 |
| Initial Invalidity Contentions by Jack Henry | 12/7/23 |
| Exchange List of Claim Terms that they Believe need Construction | 3/21/24 |
| File Joint Claim Construction Chart | 4/4/24 |
| Deadline for Joinder of Other Parties and Amendment of Pleadings | 5/2/2024 |
| Plaintiff Opening Claim Construction Brief | 5/9/24 |
| Defendant Answering Claim Construction Brief | 5/30/24 |
| Document Production Shall be Substantially Complete | 6/6/2024 |
| Plaintiff Reply Claim Construction Brief | 6/13/24 |
| Defendant Sur-reply Claim Construction Brief | 6/27/24 |
| Joint Claim Construction Brief | 7/3/24 |
| Claim Construction Hearing | 7/25/2024 |
| Discovery Cut Off | 8/15/2024 |
| Initial Disclosure of Expert Testimony by Burden Party | 9/16/2024 |
| Supplemental Disclosure of Expert Testimony by Non-burden party | 10/21/2024 |
| Reply Expert Report by Burden Party | 11/18/2024 |
| Deadline to Depose Experts | 12/9/2024 |
| Deadline to File Case Dispositive Motions | 12/30/2024 |
| Pretrial Conference | 5/19/2025 |
| Trial Start Date | 5/27/2025 |